ACCEPTED
01-14-00265-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 3:52:12 PM
CHRISTOPHER PRINE
CLERK

**IN THE**

**COURT OF APPEALS**

**FIRST SUPREME JUDICIAL DISTRICT**

**OF TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/20/2015 3:52:12 PM

CHRISTOPHER A. PRINE
Clerk

**TRIAL COURT NO. 2013CR5298**

**DOCKET NOS. 01-14-00265-CR**

**THE STATE OF TEXAS**

**VS.**

**JONATHAN URIBE**

---

**ON APPEAL FROM THE**

**290TH JUDICIAL DISTRICT COURT**

**OF BEXAR COUNTY, TEXAS**

---

**MOTION TO WITHDRAW AS ATTORNEY**

To The Honorable Judges of The Court of Appeals:

Counsel for Appellant in the above entitled and numbered cause moves to be allowed to withdraw as attorney of record, and as grounds therefore would show the Court as follows:

I.

Appellant has filed a brief alleging that no reversible error exists and that the appeal is frivilous and without merit.

II.

Withdrawal is required under these circumstances. *Jeffrey v. State*, 903 S.W.2d 776 (Tex. App.--Dallas 1995, no pet.). I certify that Appellant's mailing address is:

Jonathan Uribe
TDCJ # 01913292
4250 Highway 202
Beeville, TX 78192

### PRAYER

Wherefore, Appellant by and through his attorney of record, prays that the Court will grant this motion and allow Appellant's counsel to withdraw.

Respectfully submitted,

/s/ C. Wayne Huff_____
C. Wayne Huff
P.O. Box 2334
Boerne, TX 78006
Bar Card No. 10180600
(214) 803-4127
Facsimile (830) 230-5567

ATTORNEY FOR APPELLANT

### CERTIFICATE OF SERVICE

The undersigned attorney of record of Appellant hereby certifies that a true and correct copy of the foregoing motion was sent to the District Attorney for Bexar County, Texas, on the same date that it was mailed to this court by U.S. Mail.

Signed this the 20th day of July, 2015.

/s/ C. Wayne Huff_____
C. WAYNE HUFF